IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Q.M., M.M., T.M. | : CIVIL ACTION |
| v. | : NO. 23-3180 |
| CENTRAL BUCKS SCHOOL DISTRICT | : |

## ORDER

**AND NOW**, this 28th day of February 2024, upon considering the parties' cross-Motions for judgment on the Administrative Record relating to Q.M.'s eleventh grade school year 2022–2023 (ECF Nos. 13, 14), Responses (ECF Nos. 18, 19), and Plaintiffs' Reply (ECF No. 20), and for reasons in today's accompanying Memorandum detailing our findings remand is proper where we cannot meaningfully review the Hearing Officer's decision because she does not provide support for her conclusions and erred as to governing law, it is **ORDERED** we:

1. **DENY** the parties' cross-Motions for judgment on the Administrative Record (ECF Nos. 13, 14);

2. Forthwith **REMAND** all issues relating to the 2022–2023 school year to the Office of Dispute Resolution without prejudice to the family's and District's continuing good faith efforts in addressing Q.M.'s education including, if warranted, renewing the administrative process so to promptly allow a review compliant with governing law and today's guidance subject to a party timely filing a new complaint after exhausting the administrative process as a related matter in this Court; and,

3. **DIRECT** the Clerk of Court **close** this matter.

_____
KEARNEY, J.